THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 24, 2019



Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Ashley Rose Glen,
        Debtor.

Chapter 13
Case No. 19−24175−beh

## ORDER DISMISSING CASE WITH A BAR ON RE−FILING

The debtor has had three or more cases dismissed for failure to pay the filing fee or for failure to file required information. Despite multiple dismissal orders providing that the filing fee would be due within 14 days of any subsequent filings, the debtor filed this case on April 30, 2019, and asked to pay the fee in one installment over a thirty−day period.

The court required the debtor to pay the filing fee in full on or before May 14, 2019, and instructed the debtor that if the filing fee was not paid in full it would dismiss the case and bar the debtor from filing a bankruptcy petition for 180 days based on an apparent abuse of the bankruptcy system.

The filing fee was not paid by May 14, 2019.

The debtor also failed to file the chapter 13 plan by the deadline set in Bankruptcy Rule 3015.

Accordingly,

IT IS ORDERED that the case is DISMISSED for failure to pay the filing fee and failure to file the chapter 13 plan.

IT IS FURTHER ORDERED that the debtor is barred from re−filing a case under any chapter for 180 days from the date the court enters this order.

IT IS FURTHER ORDERED that the court will not grant a fee waiver or installment application in any subsequent case the debtor may file. Filing fees for any future cases will be due, in full, on the date the petition in that case is filed.

####